ELECTRONICALLY FILED
11/29/2017 12:25 PM
2017-L-012158
CALENDAR: D
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DEVIN HARRIS and BRESHAUN HUNTER, )
    Plaintiffs, )
vs. )
    ) CASE NO.:
RONALD GERARD PYNE and LTL SERVICE, )
INC., a Wisconsin corporation, )
    Defendants. )
    )

## COMPLAINT AT LAW

NOW COME the Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER, by and through their attorneys, POWELL & PISMAN, PLLC, and complaining of Defendants RONALD GERARD PYNE and LTL SERVICE, INC., a Wisconsin corporation, state as follows:

### GENERAL ALLEGATIONS

1. Plaintiff DEVIN HARRIS is, and at all times mentioned herein was a resident of the City of Chicago, County of Cook, in the State of Illinois.

2. Plaintiff BRESHAUN HUNTER is, and at all times mentioned herein was a resident of the City of Chicago, County of Cook, in the State of Illinois.

3. Defendant RONALD GERARD PYNE is, and at all times mentioned herein was a resident of the City of Franklin, County of Milwaukee, in the State of Wisconsin.

4. Defendant LTL SERVICE, INC. is, and at all times mentioned herein was, a Wisconsin corporation with its principal place of business at 1005 Columbia Avenue, in the City of South Milwaukee, County of Milwaukee, in the State of Wisconsin.

5. At all times pertinent, Defendant RONALD GERARD PYNE was an agent, servant, employee and/or joint venturer of Defendant LTL SERVICE, INC., and at all times mentioned herein was acting within the scope and course of said agency, employment, or joint venture, with

EXHIBIT B

knowledge and permission and consent of Defendant LTL SERVICE, INC.

6. On November 27, 2016, Plaintiff DEVIN HARRIS owned, operated, maintained and controlled a motor vehicle northbound on Interstate 90 at or near Kimball Avenue, in the City of Chicago, County of Cook and State of Illinois.

7. On November 27, 2016, Plaintiff BRESHAUN HUNTER, was a passenger in the vehicle owned and operated by DEVIN HARRIS.

8. On November 27, 2016, Defendant RONALD GERARD PYNE operated, maintained and controlled a motor vehicle northbound on Interstate 90 at or near Kimball Avenue, in the City of Chicago, County of Cook and State of Illinois when he suddenly and without warning rear-ended the vehicle Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER were in.

9. Defendant LTL SERVICE, INC. owned the motor vehicle driven by defendant RONALD GERARD PYNE at the time of the collision at issue in this complaint.

10. Defendant RONALD GERARD PYNE operated the motor vehicle with the express consent and in the course and scope of employment with Defendant LTL SERVICE, INC. Accordingly, Defendant LTL SERVICE, INC. is responsible for all negligent acts of its employees.

11. On the aforementioned date, Defendant RONALD GERARD PYNE negligently operated the motor vehicle, causing a crash with the motor vehicle Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER were in.

12. As a direct and proximate result of the negligence of Defendants, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER sustained injuries to their neck, shoulders, back, bodily limbs, organs and systems, all or some of which conditions may be permanent and disabling in nature.

13. As a direct and proximate result of the negligence of Defendants, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment are continuing and shall continue in the future, all to the damage of Plaintiffs.

14. As a direct and proximate result of the negligence of Defendants, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER have been required to, and have limited occupational and recreational activities, which have caused and shall continue to cause Plaintiffs loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

15. As a direct and proximate result of the aforementioned negligent acts of all Defendants, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER have been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## COUNT ONE

16. Plaintiffs incorporates paragraphs 1 through 15 of the Complaint as though said paragraphs were fully set forth herein.

17. It was then and there the duty of the Defendant RONALD GERARD PYNE to exercise ordinary care in the operation, maintenance and control of the motor vehicle for the safety of other users of the public way, including the Plaintiffs herein.

18. Notwithstanding said duty, Defendant RONALD GERARD PYNE, was then and there guilty of one or more of the following negligent acts and/or omissions:

   (a)   Failed to keep a proper lookout;

   (b)   Failed to apply his brakes when danger to the Plaintiffs was imminent;

   (c)   Failed to decrease speed so as to avoid hitting another vehicle, in violation of the provisions of 625 ILCS 5/11-601;

(d) Failed to maintain control over said motor vehicle;

(e) Failed to give audible warning with the horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601; and

(f) Otherwise carelessly and negligently owned, operated, maintained and controlled said motor vehicle.

19. As a direct and proximate result of one or more or all of the above negligent acts and/or omissions of Defendant RONALD GERARD PYNE, the front end of his motor vehicle struck the rear-end of the motor vehicle Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER were in. This caused Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER to be personally injured.

20. As a direct and proximate result of the negligence of Defendants, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER have been damaged in a sum in excess of $50,000.00.

WHEREFORE, Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER, expressly reserving the right to amend this complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, pray judgment against Defendant RONALD GERARD PYNE and Defendant LTL SERVICE, INC., as follows:

1. For general damages sustained by Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER in an amount in excess of $50,000.00;

2. For special damages sustained by Plaintiffs DEVIN HARRIS and BRESHAUN HUNTER in an amount in excess of $50,000.00;

3. For reasonable fees and costs;

4. For interest at the statutory rate; and

5. For such other relief as the Court deems just and proper.

ELECTRONICALLY FILED
11/29/2017 12:25 PM
2017-L-012158
PAGE 4 of 5

|   |   |   |
|---|---|---|
| 1 |  | Respectfully Submitted, |
| 2 |  |  |
| 3 |  | By: *Maritsha Garcia* |
|   |  | One of the Attorneys for Plaintiff |
| 4 | Maritsha Garcia, Esq. |  |
| 5 | Attorney Code No. 58935 |  |
|   | **POWELL & PISMAN, PLLC** |  |
| 6 | 875 N. Dearborn St., 4th Floor |  |
|   | Chicago, IL 60610 |  |
| 7 | P: 312-635-5400 |  |
| 8 | F: 312-635-5482 |  |
|   | maritsha@powellpisman.com |  |

ELECTRONICALLY FILED
11/29/2017 12:25 PM
2017-L-012158
PAGE 5 of 5

ELECTRONICALLY FILED
11/29/2017 12:25 PM
2017-L-012158
CALENDAR: D
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DEVIN HARRIS and BRESHAUN HUNTER, )
         Plaintiffs, )
          )
vs. )
          ) CASE NO.:
RONALD GERARD PYNE and LTL SERVICE, )
INC., a Wisconsin corporation, )
         Defendants. )

## SUPREME COURT RULE 222 AFFIDAVIT

I, Maritsha Garcia, an attorney, on oath state that I am an adult resident of the State of Illinois, I am of sound mind, and if called upon to testify would competently and faithfully testify to the following:

1. I am an attorney licensed to practice in the State of Illinois.

2. That I have reviewed the facts and the Plaintiffs' medical records in this matter and have determined that the value of Plaintiffs' claim exceeds $50,000.00.

                                            /s/ Maritsha Garcia
                                            Maritsha Garcia

Maritsha Garcia, Esq.
Attorney Code No.58935
**POWELL & PISMAN, PLLC**
875 N. Dearborn St., 4th Floor
Chicago, IL 60610
P: 312-635-5400
F: 312-635-5482
maritsha@powellpisman.com

- 6 -

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DEVIN HARRIS; BRESHAUN HUNTER

v.

RONALD GERARD PYNE; LTL SERVICE, INC.

No. 2017-L-012158

Defendant Address:
RONALD GERARD PYNE
10804 W CHURCH ST
FRANKLIN, WI 53132

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 58935
Name: POWELL PISMAN PLLC
Atty. for: DEVIN HARRIS
Address: 875 N DEARBORN ST 4TH FLOOR
City/State/Zip Code: CHICAGO, IL 60610
Telephone: (312) 635-5400
Primary Email Address: maritsha@powellpisman.com
Secondary Email Address(es):

Witness: Wednesday, 29 November 2017
/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service:
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DEVIN HARRIS; BRESHAUN HUNTER

v.

RONALD GERARD PYNE; LTL SERVICE, INC.

No. 2017-L-012158

Defendant Address:
LTL SERVICE, INC.
R/A JOHN M. WIRTH
731 N JACKSON ST, STE 900
MILWAUKEE, WI 53202

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 ,Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 58935
Name: POWELL PISMAN PLLC
Atty. for: DEVIN HARRIS
Address: 875 N DEARBORN ST 4TH FLOOR
City/State/Zip Code: CHICAGO, IL 60610
Telephone: (312) 635-5400
Primary Email Address: maritsha@powellpisman.com
Secondary Email Address(es):

Witness: Wednesday, 29 November 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: 
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

ELECTRONICALLY FILED
12/5/2017 9:55 AM
2017-L-012158
CALENDAR: D
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

41127/JJW/nk

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DEVIN HARRIS and <br> BRESHAUN HUNTER, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD GERARD PYNE and LTL <br> SERVICE, INC., a Wisconsin Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 17 L 012158 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

TO:  Powell & Pisman, 875 N. Dearborn Street, 4th Floor, Chicago, IL 60610

PLEASE TAKE NOTICE that on December 5, 2017, we shall file with the Clerk of the Circuit Court of Cook County, Illinois, **Defendant LTL Service, Inc.'s Appearance and Jury Demand.**

MAISEL & ASSOCIATES
**Mailing Address**
P.O. Box 64093
St. Paul, MN 55164-0093
**Street Address**
161 N. Clark St., #800
Chicago, IL 60601
312-458-6500
Fax: 855-821-7317
Attorneys for Defendants
General Email: RPMLaw1@Travelers.com

### PROOF OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, deposes and states that on December 5, 2017, she served the above mentioned documents by mailing a copy to each party above and depositing the same in the U.S. Mail at 161 N. Clark Street, Chicago, IL, at or before 5:00 p.m. with proper postage prepaid.

Nancy A. Keating
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

# APPEARANCE

CALENDAR: D
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

☐ GENERAL APPEARANCE    0900 – APPEARANCE – FEE PAID; 0909 – APPEARANCE – NO FEE;
0904 – APPEARANCE FILED – FEE WAIVED

☑ JURY DEMAND    1900 – APPEARANCE & JURY DEMAND FEE PAID
1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enter the appearance of:    ☐ Plaintiff    ☑ Defendant

LTL SERVICE, INC.
(INSERT LITIGANT'S NAME)

/s Joseph J. Wilson
SIGNATURE

☑ INITIAL COUNSEL OF RECORD    ☐ PRO SE
☐ ADDITIONAL APPEARANCE    ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☑ Atty. No.: 41127    ☐ Pro Se 99500
(Please complete the following contact information.)
Name: MAISEL & ASSOCIATES
Atty. for: LTL SERVICE, INC.
Address: 161 N CLARK 800
City/State/Zip: CHICAGO, IL
Telephone: (312) 458-6500
Primary Email: Jjwilso1@travelers.com
Secondary Email: _____
Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**